**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James G. COLVIN, Defendant–Appellant.**

No. 00–3400.

United States Court of Appeals, Seventh Circuit.

Aug. 12, 2002.

Before FLAUM, Chief Judge, POSNER, COFFEY, EASTERBROOK, RIPPLE, MANION, KANNE, ROVNER, DIANE P. WOOD, EVANS, WILLIAMS, Circuit Judges.

## ORDER

Appellant James G. Colvin's Petition for Rehearing and Petition for Rehearing En Banc is GRANTED, the panel decision of January 17, 2002, is VACATED, and the appeal is restored to the calendar for reargument before the full court at a date and time to be announced.